CHRISTINE OSTROSKI, AN INFANT, BY HER GUARDIAN, *AD LITEM*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. MOUNT PROSPECT SHOPRITE, INC., *ET ALS.*, DEFENDANTS-RESPONDENTS AND MICHAEL J. CISERO, DEFENDANT, CROSS-RESPONDENT.

See same case below: 94 *N. J. Super.* 374.

*Mr. Sherwin Drobner* for the petitioner.

*Mr. Raymond L. Cunneen, Mr. Hugh J. O'Gorman, Messrs. Gaffey & Webb* and *Mr. John L. McDermott* for the respondents.

May 29, 1967.  Denied.

JOHN VIALE, PLAINTIFF-PETITIONER, v. JOSEPH LIVIGNI, DEFENDANT-RESPONDENT.

*Messrs. Gelman & Gelman* for the petitioner.

*Mr. A. Leo Bohl* for the respondent.

May 29, 1967.  Denied.

HARRINGTON GLEN, INC., *ET ALS.*, PLAINTIFFS-PETITIONERS, v. THE MUNICIPAL BOARD OF ADJUSTMENT OF THE BOROUGH OF LEONIA, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. David S. Greenberg* and *Mr. Paul A. Wurtzel* for the petitioners.

*Mr. Donald A. Sterling* for the respondent.

May 29, 1967.  Granted.